IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) <br> THE SINGLE FAMILY RESIDENCE LOCATED) <br> AT 8835 GRANT, OMAHA, NE. THE ) <br> RESIDENCE IS A SINGLE LEVEL RANCH ) <br> STYLED STRUCTURE AND IS WHITE IN ) <br> COLOR. THE NUMBERS 8835 ARE ) <br> DISPLAYED TO THE RIGHT OF THE FRONT ) <br> (NORTH) DOOR OF THE RESIDENCE AND ) <br> ALSO ABOVE THE GARAGE DOORS ) | 8:11MJ155 <br><br> FILED <br> US DISTRICT COURT <br> DISTRICT OF NEBRASKA <br><br> NOV 21 <br><br> OFFICE OF THE CLERK |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 21st day of November, 2011.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: _____
NANCY A. SVOBODA #17429
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F. A. GOSSETT, III
Magistrate Judge, United States District Court

DATED: 11/21/11